[Criminal No. 478.  Filed January 24, 1920.]

[186 Pac. 586.]

## HENRY EARLY, Appellant, v. STATE, Respondent.

CRIMINAL LAW—RECORD SEARCHED FOR ERROR ON APPEAL FROM CON-
VICTION ENTAILING LIFE IMPRISONMENT.—Where one convicted of
murder and sentenced to life imprisonment filed the record of the
case in the Supreme Court and did nothing further, the Supreme
Court nevertheless went into the evidence and examined the instruc-
tions and rulings of the court for error.

APPEAL from a judgment of the Superior Court of the County of Gila. G. W. Shute, Judge. Affirmed.

Mr. Frank McCann and Mr. F. A. Shaffer, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. L. B. Whitney, Assistant Attorney General, and Mr. John W. Murphy, County Attorney, for the State.

PER CURIAM.—The record in the above case was filed in this court October 11, 1919, and nothing further has been done by appellant. As the conviction was for murder with life sentence, we have gone into the evidence and examined the instructions and rulings of the court for error, and, finding none, fundamental or otherwise, the judgment will be affirmed; and it is so ordered.